E-FILED — **JS-6**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 14-8271-UA | Date | January 27, 2015 |
|---|---|---|---|
| Title | *The People of the State of California v. Kirell Francis Bettis* | | |

**Presiding: The Honorable**  **GEORGE H. KING, CHIEF U.S. DISTRICT JUDGE**

| Beatrice Herrera | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:     Attorneys Present for Defendants:

None     None

**Proceedings:**     **(In Chambers) Order re:** Notice of Removal

    The Court previously received from Kirell Francis Bettis a lodged "Notice of Removal." We note that although the filing was styled as a "Notice of Removal," Mr. Bettis is not, in fact, removing an action filed in state court pursuant to 28 U.S.C. § 1446, but rather is attempting to file a new federal action. Moreover, although Mr. Bettis represents that he is the Defendant in this action, it appears from the face of his filing that he intends to prosecute this action against the State of California. Mr. Bettis's "Notice of Removal" was filed without an accompanying IFP request and without payment of the filing fees. On October 24, 2014, the Court sent a warning letter to Mr. Bettis advising that failure to correct this deficiency within THIRTY DAYS from the date of the warning letter would result in dismissal of this case. More than THIRTY DAYS have now passed, and the deficiency has not been corrected. Accordingly, this case is hereby ORDERED DISMISSED. No further filings shall be accepted under this case number.

    **IT IS SO ORDERED.**

                                                                                        -- : --

                                       Initials of Deputy Clerk        Bea